IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRADLEY WILLIAM LANG ) | Case No. 16−32482−KLP |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION FOR HARDSHIP DISCHARGE

COMES NOW the Debtor, by counsel, and for Debtor's Motion for a Hardship Discharge, states as follows:

1. On or about May 7, 2016, the Debtor filed a petition under Chapter 13 of the Bankruptcy Code, a Chapter 13 plan was subsequently confirmed.

2. The Debtor divorced in 2019 and the Debtor lost his spouse's income of $2,080 per month gross. The Debtor has also lost his health insurance through his spouse's employer and now he has no health insurance. The Debtor now has a $4,000 per month support obligation.

3. No payments have been made to the Chapter 13 Trustee in this case since February 2019 when the Debtor's house was sold and $19,442.01 was paid to the Trustee from the sales proceeds.

4. The Debtor is self-employed in the flooring business and his business income has decreased from the prior year due to COVID-19.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, Virginia  23218-0508
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

5. The confirmed Chapter 13 Plan in this case was filed as a one percent (1%) dividend to unsecured creditors and to date unsecured creditors have been paid a dividend of 7.57%.

6. Pursuant to paragraph A-4 of the confirmed plan, if the case were liquidated under Chapter 7, the unsecured creditors would receive no dividend on their allowed claims. Thus the value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the Debtor had been liquidated under Chapter 7.

7. Modification of the plan under 11 U.S.C. § 1329 is not practicable because the Debtor is not able to generate sufficient income to cover his basic living expenses.

8. Under 11 U.S.C. § 1328(b), this Court may grant a discharge to a debtor for the reasons set forth herein.

WHEREFORE the Debtor respectfully requests a hardship discharge under 11 U.S.C. § 1328(b) for the reasons set for this in this Motion and for such further relief as this Court deems appropriate.

Respectfully Submitted,

BRADLEY WILLIAM LANG

By Counsel

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, Virginia  23218-0508
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all parties on the attached mailing matrix.

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, Virginia  23218-0508
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRADLEY WILLIAM LANG ) | Case No. 16−32482−KLP |
| ) | Chapter 13 |
| Debtor ) | |

### NOTICE OF MOTION

The Debtor has filed a Motion for Hardship Discharge, the issues being more particularly described therein.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within thirty (30) days of service of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Room 4100
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    P.O. Box 508
    Richmond, VA  23218

- Attend a hearing to be scheduled by the Court. You will receive a separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

4

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                    BRADLEY WILLIAM LANG
                    By Counsel

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, Virginia  23218-0508
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all parties on the attached mailing matrix.

                    /s/ James E. Kane
                    James E. Kane (VSB #30081)
                    KANE & PAPA, P.C.
                    P.O. Box 508
                    Richmond, Virginia  23218-0508
                    Telephone: (804) 225-9500
                    Facsimile: (804) 225-9598
                    Email: jkane@kaneandpapa.com
                    *Counsel for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-32482-KLP<br>Eastern District of Virginia<br>Richmond<br>Mon Feb 22 15:21:19 EST 2021 | UST sms Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Daniel L. Rosenthal<br>2819 N Parham Rd.<br>Suite 110<br>Henrico, VA 23294-4425 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jl Walston & Associate<br>1107 West Main St., Suite 201<br>Durham, NC 27701-2028 | Kohls/Capital One<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| Professional Restoration Serv.<br>4965 Cox Rd.<br>Glen Allen, VA 23060-6296 | Professional Restoration Services, Inc.<br>c/o Daniel L. Rosenthal, Esq.<br>Law Office of Daniel L. Rosenthal<br>2819 N. Parham Road #110<br>Richmond, VA 23294-4425 | Seterus<br>PO Box 1077<br>Hartford, CT 06143-1077 |
| (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Transworld Sys Inc/38<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | UVA Physician's Group<br>P.O. Box 9007<br>Charlottesville, VA 22906-9007 |
| UVA Physicians Group<br>500 Ray C Hunt Dr.<br>Charlottesville, VA 22903-2981 | Verizon<br>500 Technology Dr<br>Suite 500<br>Weldon Spring, MO 63304-2225 | Virginia Emergency Physicians<br>1602 Skipwith Road<br>Henrico, VA 23229-5205 |
| Bradley William Lang<br>38 Kennon Road<br>Mineral, VA 23117-3858 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Kansas City, MO 64999-0002 |

Seterus, Inc.
PO Box 1047
Hartford, CT 06143

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association ('        (du)Federal National Mortgage Association (        (u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26