UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Bradley William Lang, Debtor  )    Case No. 16-32482-KLP
                                     )    Chapter 13

## TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR HARDSHIP DISCHARGE AND REQUEST FOR HEARING

COMES NOW Suzanne E. Wade, Chapter 13 Trustee, and files this response to the Debtor's Motion for Hardship Discharge, as follows:

1. The Debtor filed this Chapter 13 Petition, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, on May 17, 2016 under 11 U.S.C Chapter 13.

2. Suzanne E. Wade has been appointed as the Chapter 13 Trustee in this case and continues to serve as the Trustee.

3. On February 22, 2021 the Debtor filed a Motion for Hardship Discharge due to decreased income resulting from COVID-19.

WHEREFORE, the Chapter 13 Trustee, respectfully requests the Court set for hearing the Debtor's Motion for Hardship Discharge.

Respectfully submitted,

Date: March 2, 2020              /s/ Suzanne E. Wade
                                 Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing TRUSTEE'S RESPONSE TO THE DEBTOR'S MOTION FOR HARDSHIP DISCHARGE was served electronically or by first-class mail, postage prepaid, this 2nd day of March 2021, upon the following parties:

Bradley William Lang
38 Kennon Road
Mineral, VA 23117

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226
(804) 775-0979

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
jkane@kaneandpapa.com


Daniel Kevin Eisenhauer
Orlans, PC
PO Box 2548
Leesburg, VA 20177
ANHSOrlans@InfoEx.com

Johnie Rush Muncy
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
jmuncy@siwpc.com

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

Daniel L. Rosenthal
2819 N Parham Rd.
Suite 110
Henrico, VA 23294

Internal Revenue Service
Kansas City, MO 64999-0002

Jl Walston & Associate
1107 West Main St., Suite 201
Durham, NC 27701

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201

Professional Restoration Serv.
4965 Cox Rd.
Glen Allen, VA 23060

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA  23226
(804) 775-0979

Seterus
PO Box 1077
Hartford, CT 06149-1077

Transworld Sys Inc/38
507 Prudential Rd
Horsham, PA 19044

UVA Physicians Group
500 Ray C Hunt Dr.
Charlottesville, VA 22903

Verizon
500 Technology DrSuite 500
Weldon Spring, MO 63304

Virginia Emergency Physicians
1602 Skipwith Road
Henrico, VA 23229

                                                        /s/  Suzanne E. Wade
                                                          Chapter 13 Trustee

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA  23226
(804) 775-0979