# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  16−32482−KLP
**Chapter**  13
**Judge**  Keith L. Phillips

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bradley William Lang
 38 Kennon Road
Mineral, VA 23117

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9718

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF HEARING

A

**55** − Motion for Hardship Discharge filed by James E. Kane of Kane & Papa, PC on behalf of Bradley William Lang. (Kane, James)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  April 21, 2021          **Time:**  10:00 AM

**Location:**

Judge Phillips' − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219

Dated:  March 2, 2021                                For the Court,

                                                     William C. Redden, Clerk
[VAN022BKAPvDec2009.jsp]                             United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 16-32482-KLP
Bradley William Lang  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: bullockn      Page 1 of 3
Date Rcvd: Mar 02, 2021      Form ID: VAN022      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Bradley William Lang, 38 Kennon Road, Mineral, VA 23117-3858 |
| aty | + | Heather D. McGivern, Orlans PC, 1650 W. Big Beaver Rd., Troy, MI 48084-3534 |
| aty | + | Hugh Justin Green, Orlans PC, 1602 Villiage Market Blvd., S.E., Suite 310, Leesburg, VA 20175-4716 |
| aty | + | Kathryn E. Smits, Office of the Chapter 13 Trustee, 185 Admiral Cochrane Drive, Suite 240, Annapolis, MD 21401-7623 |
| aty | + | Michael Todd Freeman, Marvin Alan Rosman & Associates, PL, 4912 W. Broad Street, PO Box 6964, Richmond, VA 23230-0964 |
| aty | + | Nisha Ryan Patel, Dunlap Law, PLC, 211 Rocketts Way, Suite 100, Henrico, VA 23231-3069 |
| 13544305 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13379558 | #+ | Daniel L. Rosenthal, 2819 N Parham Rd., Suite 110, Henrico, VA 23294-4425 |
| 13379562 | + | Professional Restoration Serv., 4965 Cox Rd., Glen Allen, VA 23060-6296 |
| 13519660 | #+ | Professional Restoration Services, Inc., c/o Daniel L. Rosenthal, Esq., Law Office of Daniel L. Rosenthal, 2819 N. Parham Road #110, Richmond, VA 23294-4425 |
| 13570572 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., PO Box 1047, Hartford, CT 06143 |
| 13562027 | + | UVA Physician's Group, P.O. Box 9007, Charlottesville, VA 22906-9007 |
| 13379565 | + | UVA Physicians Group, 500 Ray C Hunt Dr., Charlottesville, VA 22903-2981 |
| 13379567 | + | Virginia Emergency Physicians, 1602 Skipwith Road, Henrico, VA 23229-5205 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 13503282 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 03 2021 02:42:06 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13379557 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2021 02:38:06 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13381531 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2021 02:53:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13878500 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 03 2021 02:38:03 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13379560 | + | Email/Text: support@arm.bullcityfinancial.com | Mar 03 2021 02:55:00 | Jl Walston & Associate, 1107 West Main St., Suite 201, Durham, NC 27701-2028 |
| 13379561 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2021 02:53:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13379564 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 03 2021 02:54:00 | Transworld Sys Inc/38, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 13379566 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

Case 16-32482-KLP   Doc 62   Filed 03/04/21   Entered 03/05/21 00:18:00   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0422-7 | User: bullockn | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: VAN022 | Total Noticed: 22 |

| | | Mar 03 2021 02:52:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association ("Fannie Mae |
| cr | | Federal National Mortgage Association ("Fannie Ma |
| cr | | JPMorgan Chase Bank, National Association |
| 13552419 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, P.O. Box 21126, Philadelphia, PA 19114 |
| 13379559 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Kansas City, MO 64999-0002 |
| 13379563 | ##+ | Seterus, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D. Carol Sasser | on behalf of Creditor JPMorgan Chase Bank National Association dsasser@siwpc.com, ewhite@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc. ANHSOrlans@InfoEx.com, ecfaccount@orlans.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ANHSOrlans@InfoEx.com ecfaccount@orlans.com |
| James E. Kane | on behalf of Debtor Bradley William Lang jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,rbrowne@kaneandpapa.com,awilson@kaneandpapa.com |
| Johnie Rush Muncy | on behalf of Creditor JPMorgan Chase Bank National Association jmuncy@siwpc.com, dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Sameera Navidi | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc. snavidi@orlans.com, ecfaccount@orlans.com;ANHSOrlans@InfoEx.com |
| Suzanne E. Wade | ecfsummary@ch13ricva.com trustee@ch13ricva.com;fred@cmc13.net |

District/off: 0422-7                                    User: bullockn                                    Page 3 of 3
Date Rcvd: Mar 02, 2021                              Form ID: VAN022                                  Total Noticed: 22

TOTAL: 7